IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51065
Conference Calendar
_____


WILLIAM HENRY ECKENRODE,

                                        Petitioner-Appellant,

versus

TROY WILLIAMSON, Warden,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-99-CV-245-DB
- - - - - - - - - -
June 16, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     William Henry Eckenrode, federal prisoner # 82655-080,
appeals the district court's dismissal without prejudice of his
28 U.S.C. § 2241 petition.  In his petition, Eckenrode alleges
that prison officials prevented him from conferring with his
attorney on three separate occasions.  The district court
dismissed Eckenrode's petition for failure to exhaust
administrative remedies.  On appeal, Eckenrode argues that he is
not subject to the Bureau of Prison's administrative procedures.
He also has filed a motion to expedite the appeal.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The district court did not abuse its discretion when it dismissed Eckenrode's § 2241 petition for failure to exhaust administrative remedies. *See Fuller v. Rich*, 11 F.3d 61, 62 (5th Cir. 1994). Eckenrode was aware of the administrative procedures available to him, but did not file a grievance. Moreover, he has failed to demonstrate extraordinary circumstances that would warrant bypassing the administrative procedures. *See id.* Accordingly, the district court's order dismissing Eckenrode's petition is AFFIRMED. Eckenrode's motion to expedite the appeal is DENIED.